## NORTH PLAINFIELD STATE BANK v. BARA INDUSTRIES, INC.

Dec. 20, 1979.  Petition for certification denied.

## STATE OF NEW JERSEY v. RAYMOND WILLIAMS.

Dec. 20, 1979.  Petition for certification denied.

## NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES v. LILLIAN VEE HOWARD.

Dec. 20, 1979.  Petition for certification denied.

## NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES v. MICHAEL STANGO.

Dec. 20, 1979.  Petition for certification denied.

## STATE OF NEW JERSEY v. ALI BADI MUHAMMED.

Dec. 20, 1979.  Petition for certification denied.